RECEIVED
MAY 02 2016
BY MAIL

IN THE
UNITED STATES DISTRICT COURT OF
ST. LOUIS, MISSOURI.,

| | |
|---|---|
| John Robert Demos, Jr., THE Society of T.R.U.T.H., [PLAINTIFF's] vs EXPRESS SCRIPTS HOLDING., THE C.E.O. OF EXPRESS SCRIPTS HOLDINGS; [DEFENDANT] | U.S.D.C. CASE # _____ "ANTI-TRUST & MONOPOLY ACTION IN RESTRAINT OF TRADE & COMMERCE" PURSUANT TO, THE NOERR-PENNINGTON DOCTRINE, THE 1890 SHERMAN ANTI-TRUST ACT, THE 1914 CLAYTON ACT, THE 1914 FEDERAL TRADE COMMISSION ACT, 334 U.S. 100, 48 STAT. 979, 315 U.S. 521, 540 U.S. 398, 557 U.S. 1, 365 U.S. 127, 381 U.S. 657, 221 U.S. 1, 541 U.S. 600, 555 U.S. 438. |

1. Previous Anti-Trust Actions:

This is only my 2nd or 3rd Anti-Trust Action.
I invoke the Noerr-Pennington Doctrine.

2. Parties to the Previous Anti-Trust Actions.

Apple Computer,
Proctor & Gamble,
I.T. & T., & I.B.M.,

3. Parties to this Complaint:

John R. Demos
The Society of T.R.U.T.H.,

Express Scripts Holding, located in St. Louis, Mo.

Plaintiff - John R. Demos is presently confined in the Washington State Penitentiary.

1.

4. STATEMENT OF THE CLAIM

I CHARGE Express Scripts Holding _____, with being in violation of the U.S. "Antitrust Laws," and with being in violation of the 1890 Sherman Anti-Trust Act. The activities of Express Scripts Holding _____ pose a threat to the free market and restrain competition. The practices of Express Scripts Holding _____ are collusive, exclusionary, and monopolistic, and restrain competition, which poses a danger of increased prices, reduced output, quality, and innovation in the marketplace, in violation of the 1914 Clayton Act, the 1914 Federal Trade Commission Act, which prohibits every contract, combination, or conspiracy in restraint of interstate or foreign trade, or commerce. Express Scripts Holding practice or practices of price discrimination, tying arrangements, exclusive dealing, mergers, and inter-locking directorates, constitute unfair methods of competition, and constitute a danger to the maintenance of the American free enterprise system. Express Scripts Holding _____ system of vertical & horizontal agreements, mergers and single firm activities directed toward the acquisition & maintenance of a monopoly, violate anti-trust law, against predatory behavior, in restraint of trade, to include trusts, holding companies, cartels, & mergers & acquisitions. The actions of Express Scripts Holding _____ deflate economic opportunity, stagnate fair consumer prices, efficiency & political liberty, which leads to price fixing. Express Scripts Holding _____ economic concentration, dominant market power, is wrongful conduct, as opposed to competition on the merits. In the field of "Health Care Pharmacy & Other Services - Express Scripts Holding is the dominant industry incumbent, which allows it

2

To control the market and institute predatory pricing; none of Express Scripts Holding Actions can be justified under the umbrella of efficiency as Express Scripts Holding sole motivation is to thwart the possible rise of effective new competition to Express Scripts Holding's monopoly in Health care - Pharmacy & other services.

As further evidence in support, Express Scripts Holding ranks # 22 in Health care Pharmacy, whereas it's nearest competitor Quest Diagnostics ranks # 325.

Plaintiff Demos brings this action in the capacity of a Private Attorney General. Plaintiff Demos invokes the Noerr-Pennington Doctrine which voids the P.L.R.A. (3) Strikes law; Plaintiff Demos and the Society of T.R.U.T.H. use Express Scripts Holding Products. Demos is the Founder of the Society of T.R.U.T.H., and the C.E.O. Express Scripts Holding Products are overrated, but easier to obtain, as they dominate the market, both at home and abroad. This monopoly has been in effect for the last (25) to (30) years. Commercial Free Enterprise is the rock and foundation upon which this Republic stands.

John Demos is the Founder, Chairman of the Board, and Chief Executive Officer of the Society of T.R.U.T.H., which is a multi-purpose philanthropic, religious, charitable, political, & economic organization. The Board of Directors of the Society of T.R.U.T.H., use Express Scripts Holdings Products.

Express Scripts Holding is located in St. Louis, Mo., The Society of T.R.U.T.H. is registered with the Secretary of State in Olympia, Washington.

2.

5. <u>Relief</u>:

I bring this Action In the capacity of a private Attorney General, 377 U.S. 426, 390 U.S. 400,

I seek a jury trial.

I seek the appointment of counsel.

I seek any, and all other relief as the court deems to be necessary & proper.

I seek compensatory, punitive, recissory, hedonic, treble, exemplary, incidental, irrepairable, prohibitive, declaratory, pecuniary, prospective, statutory, proximate, statutory, ancillary, continuing, and emotional damages in the ammount of $25,000,000 [million] Dollars.

6. <u>Conclusion</u>:

I invoke the Noerr-Pennington Doctrine, and the Private Attorney General Doctrine.

I bring this action in good faith, and with clean hands.

I declare under the pain & penalty of perjury, that the foregoing is true & correct.

May it so please the court.

Signed this 26th day of April, 2016.

/s/ John Robert Demos   #287455
Chairman of the Society of Truth

4.